UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and DONALD L. MICHEL, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and the CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,

Plaintiffs,

And

STATE OF WASHINGTON,

Plaintiff-Intervenor,

v.

TECK COMINCO METALS, LTD., a Canadian corporation,

Defendant.

No. CV-04-256-LRS

**ORDER GRANTING PLAINTIFFS PAKOOTAS, MICHEL, AND THE STATE OF WASHINGTON'S JOINT MOTION FOR PARTIAL RECONSIDERATION OF ORDER GRANTING DEFENDANT'S 12(b)(1) MOTION, I*NTER ALIA***

This Matter having come before the Court on Plaintiffs' Joint Motion for Partial Reconsideration of Order Granting Defendant's 12(b)(1) Motion, *Inter Alia*; and the Court having reviewed the file and pleadings therein and being otherwise fully advised in the matter and counsel for Defendant having indicated it








does not oppose Plaintiffs' Motion (Ct. Rec. 184), hereby orders that:

1. Plaintiffs' Joint Motion for Partial Reconsideration of Order Granting Defendant's 12(b)(1) Motion, *Inter Alia*, is GRANTED.

2. The Court's September 19, 2008 Order Granting Defendant's 12(b)(1) Motion, *Inter Alia*, is MODIFIED as follows: Plaintiff's Pakootas, Michel, and the State of Washington's claims for civil penalties under the CERCLA citizens suit provision, 42 U.S.C. § 9659, is dismissed WITHOUT prejudice.

**DATED** this___17th____day of October, 2008.

***s/Lonny R. Suko***

LONNY R. SUKO
United States District Judge