# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation, et. al.,

                Plaintiffs,

v.

STATE OF WASHINGTON,

                Plaintiff-Intervenor,

TECK COMINCO METALS, LTD., a Canadian corporation,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-256-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' UAO civil penalty claims are dismissed without prejudice pursuant to the Order Granting Defendant's 12(b)(1) Motion to Dismiss, Ct. Rec. 183, and as modified by the Order Granting Plaintiffs' Motion for Partial Reconsideration, Ct. Rec. 195.

| | |
|---|---|
| October 17, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |