AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation, et. al.,        Plaintiffs; and
STATE OF WASHINGTON,    Plaintiff-Intervenor,
v.
TECK COMINCO METALS, LTD., a Canadian corporation,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-256-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Plaintiffs' Motion for Award of Costs of Litigation Including Attorney Fees entered on March 9, 2009, Ct. Rec. 295, judgment is entered in favor of Plaintiffs Joseph A. Pakootas and Donald L. Michel on their claims for fees and costs pursuant to 42 U.S.C Section 9659(f).

| | |
|---|---|
| March 9, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |