AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation, et al.,    Plaintiffs,

and

STATE OF WASHINGTON,    Plaintiff-Intervenor,

v.

TECK COMINCO METALS, LTD., a Canadian corporation,

   Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-256-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders, Ct Recs 408, 359 and 295, judgment is awarded against the Defendant as follows:

Plaintiffs Pakootas and Michel are awarded a total of $588,152.43 in attorneys' fees and $63,206.57 in costs, for a grand total of $651,359.00; and

Plaintiff-Intervenor State of Washington is awarded a total of $487,738.12 in attorneys' fees and $130,541.72 in costs, for a grand total of $618,279.84.

| | |
|---|---|
| December 21, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |