1  EUGENE I. ANNIS
   LUKINS & ANNIS, P.S.
2  1600 Washington Trust Financial Center
   717 W Sprague Ave.
3  Spokane, WA 99201-0466
   (509) 455-9555
4
   CHRISTOPHER J. MCNEVIN, *Pro Hac Vice*
5  THOMAS A. CAMPBELL, *Pro Hac Vice*
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
7  (213) 488-7100
8  Attorneys for Defendant, Teck Metals Ltd.
9  (See attached for Counsel for Plaintiffs
   and Plaintiff-Intervenor)
10
11              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
12                     AT YAKIMA
13  _____
14  JOSEPH A. PAKOOTAS, an individual  )   No. CV-04-0256-LRS
    and enrolled member of the Confederated )
15  Tribes of the Colville Reservation; and )   STIPULATION AND PROTECTIVE
    DONALD L. MICHEL, an individual and )   ORDER
16  enrolled member of the Confederated )
    Tribes of the Colville Reservation, and )
17  the CONFEDERATED TRIBES OF )
    THE COLVILLE RESERVATION, )
18                                )
                        Plaintiffs, )
19  And                           )
                                  )
20  STATE OF WASHINGTON           )
                                  )
21            Plaintiff-Intervenor, )
                                  )
22        v.                      )
                                  )
23  TECK COMINCO METALS, LTD., a  )
    Canadian corporation,         )
24                                )
                        Defendant. )
25  _____)
26

STIPULATION AND
PROTECTIVE ORDER                    1

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA 99201-0466
(509) 455-9555

Plaintiffs Joseph A. Pakootas, Donald R. Michel, and the Confederated Tribes of the Colville Reservation (the "Tribes"), Plaintiff and Counterclaim Defendant State of Washington (the "State") (collectively, "Plaintiffs"), and Defendant and Counter-Claimant Teck Metals Ltd. ("Defendant" or "Teck")) (collectively, the Parties"), together submit this proposed, stipulated Protective Order ("Protective Order") for consideration and entry by the Court.

Recitals

WHEREAS, Rule 502(d) of the Federal Rules of Evidence provides:

> A federal court order that the attorney-client privilege or work product protection is not waived as a result of disclosure in connection with the litigation pending before the court governs all persons or entities in all state or federal proceedings, whether or not they were parties to the matter before the court, if the order incorporates the agreement of the parties before the court.

WHEREAS, Rule 502(e) of the Federal Rules of Evidence provides that "[a]n agreement upon the effect of disclosure in a Federal proceeding is binding only on the parties to the agreement, unless it is incorporated into a court order."

WHEREAS, the Parties seek to cooperate in their discovery efforts and hope to reduce the costs and burdens of discovery by ensuring that privileges and protections against disclosure are not subject to any inadvertent, unintentional, unknowing or expansive waivers in this or any other jurisdiction, to the full extent permitted by law, and regardless of whether the relevant efforts to avoid waiver, if any, are deemed reasonable or unreasonable by non-parties.

WHEREAS, to facilitate cost-effective discovery in this matter, the Parties wish to exchange information related to their discovery efforts that is protected by the

STIPULATION AND
PROTECTIVE ORDER
2

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA 99201-0466
(509) 455-9555

attorney-client privilege, the attorney work-product doctrine and other protections against disclosure ("Privileged Discovery Information").

WHEREAS, the parties will not disclose the Privileged Discovery Information unless they can prevent this limited disclosure from resulting in an expanded waiver of privilege or other protections, including any type of subject-matter waiver, as to other information or documents relating to discovery.

NOW, THEREFORE, the Parties have agreed that they each may disclose certain Privileged Discovery Information pursuant to this Protective Order according to the following terms and conditions:

<u>EXCHANGE OF DISCOVERY DECLARATIONS</u>

1.    In lieu of oral depositions under Rule 30(b)(6) of the Federal Rules of Civil Procedure, the parties may elect to exchange written declarations describing their discovery efforts; in particular, the collection, processing and production of electronically stored information and hard copy documents ("Discovery Declarations").

2.    Discovery Declarations may disclose Privileged Discovery Information without waiving any other privileges or protections against disclosure (including work product) that apply any other information or documents whatsoever.

3.    No Discovery Declaration may be used in this or any other proceeding to evidence the waiver of any privilege or protection against disclosure (including work-product).

4.    No Discovery Declaration may be used in this or any other proceeding to compel the production of materials otherwise protected from disclosure by any privilege or protection.

STIPULATION AND
PROTECTIVE ORDER                                      3

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

5.    No Discovery Declaration may be used in this or any other proceeding to compel the testimony of anyone who signs a Discovery Declaration.

6.    Nothing in this Protective Order shall prevent a Party from evidencing waiver of a privilege or protection against disclosure (including work-product) on grounds other than the contents of a Discovery Deposition.

7.    Nothing in this Protective Order shall constitute: (a) an agreement by any party to produce any documents or other materials in discovery not otherwise agreed upon or required by court order or the Federal Rules of Civil Procedure; (b) a waiver by any person or party of any right to object to or seek a further protective order with respect to any discovery in this or any other action; or (c) a waiver of any claim of immunity or privilege with respect to any testimony, document or information.

8.    The Parties expressly acknowledge that, by entering into this stipulated Protective Order, they do not waive any claims or defenses.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND
PROTECTIVE ORDER

4

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

9.    The Court shall retain jurisdiction to enforce and/or to modify this Protective Order.

SO ORDERED as of the date of execution.
DATED this 20th day of  April, 2010.

*s/Lonny R. Suko*

_____
Lonny R. Suko
Chief United States District Court Judge

SO STIPULATED as of the date of execution.

Dated this 19th day of April 2010.

LUKINS & ANNIS, P.S.

By___s/Eugene I. Annis_____
EUGENE I. ANNIS, WSBA# 2112
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Avenue
Spokane, WA  99201-0466
Telephone:  (509)-455-9555
Fax:  (509) 363-2461
Email:  gannis@lukins.com
Attorneys for Defendant
Teck Metals, Ltd.

SHORT CRESSMAN & BURGESS, PLLC

By___s/Leslie Clark_____
RICHARD A. DU BEY, WSBA #8109
PAUL J. DAYTON, WSBA #12619
LESLIE C. CLARK, WSBA #36164
999 Third Avenue, Suite 3000
Seattle, Washington 98104-4088
Telephone:  (206) 682-3333
Fax:  (206) 340-8856
Counsel for Plaintiffs Pakootas, Michel, and the Confederated Tribes of the Colville Reservation

STIPULATION AND
PROTECTIVE ORDER

5

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

1     ROBERT M. MCKENNA
      Attorney General
2

3     By   s/Elliott Furst
           KRISTIE E. CAREVICH, WSBA #28018
4          MICHAEL L. DUNNING, WSBA #29452
           KELLY T. WOOD, WSBA #40067
5          Assistant Attorneys General
           ELLIOTT S. FURST, WSBA #12026
6          Senior Counsel
           STATE OF WASHINGTON
7          P.O. Box 40117
           Olympia, WA 98504-0117
8          Telephone:  (360) 586-6770
           Fax:  (360) 586-6760
9          Attorneys for Plaintiff-Intervenor
           State of Washington
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND
PROTECTIVE ORDER                    6

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

Counsel for Plaintiffs:

RICHARD A. DU BEY
PAUL J. DAYTON
LESLIE C. CLARK
SHORT CRESSMAN & BURGESS, PLLC
999 Third Avenue, Suite 3000
Seattle, WA 98104
Telephone:  (206) 682-3333
Facsimile:  (206) 340-8856
Counsel for and Plaintiff-Intervenor:

KRISTIE E. CAREVICH
MICHAEL L. DUNNING
KELLY T. WOOD
Assistant Attorneys General
ELLIOTT S. FURST
Senior Counsel
STATE OF WASHINGTON
Office of Attorney General
Ecology Division
P. O. Box 40117
Olympia, WA 98504-0117
Telephone:  (360) 586-6770
Fax:  (360) 586-6760

CHRISTA L. THOMPSON
Senior Counsel
STATE OF WASHINGTON
Department of Natural Resources
P.O. Box 40100
Olympia, WA 98504-0100
Telephone:  (360) 586-3511
Fax:  (360) 586-2756

Additional Counsel for Defendant:

MARK E. ELLIOTT, Pro Hac Vice
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7100

THOMAS A. CAMPBELL, Pro Hac Vice
RODNEY JACK REYNOLDS, Pro Hac Vice
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin, Suite 2000
Houston, TX 77010
(713) 276-7600

STIPULATION AND
PROTECTIVE ORDER

7

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

1  GERALD F. GEORGE, Pro Hac Vice
   PILLSBURY WINTHROP SHAW PITTMAN LLP
2  50 Fremont Street
   Post Office Box 7880
3  San Francisco, CA 94120-7880
   (415) 983-1000
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND
PROTECTIVE ORDER                        8

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2009, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas A. Campbell                     tom.campbell@pillsburylaw.com

Kristie E. Carevich                    kristiec@atg.wa.gov

Paul J. Dayton                         pdayton@scblaw.com

Richard A. DuBey                       rdubey@scblaw.com

Leslie C. Clark                        lclark@scblaw.com

Michael L. Dunning                     michaeld@atg.wa.gov

Mark E. Elliott                        mark.elliott@pillsburylaw.com

Gerald F. George                       gerald.george@pillsburylaw.com

Christopher J. McNevin                 chrismcnevin@pillsburylaw.com

R. Jack Reynolds                       jack.reynolds@pillsburylaw.com

Christa L. Thompson                    christat@atg.wa.gov

Elliott S. Furst                       elliottf@atg.wa.gov

Kelly T. Wood                          kellyw@atg.wa.gov


By  s/Eugene I. Annis
    EUGENE I. ANNIS, WSBA# 2112
    Attorneys for Defendant
    Teck Cominco Metals Ltd.
    Lukins & Annis, P.S.
    1600 Washington Trust Financial Center
    717 W. Sprague Avenue
    Spokane, WA  99201-0466
    Telephone:  (509)-455-9555
    Fax:  (509) 363-2461
    Email:  gannis@lukins.com

STIPULATION AND
PROTECTIVE ORDER                        9

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555