1  Richard A. Du Bey
   Paul J. Dayton
2  Leslie C. Clark
   SHORT CRESSMAN & BURGESS PLLC
3  999 Third Avenue, Suite 3000
   Seattle, Washington 98104-4088
4  (206) 682-3333

5

6

7            UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON
8                  AT YAKIMA

9  JOSEPH A. PAKOOTAS, an
   individual and enrolled member of the
10 Confederated Tribes of the Colville         NO.  CV-04-0256-LRS
   Reservation; and DONALD R.
11 MICHEL, an individual and enrolled
   member of the Confederated Tribes of        STIPULATION AND SECOND
12 the Colville Reservation, and THE            AMENDED PROTECTIVE ORDER
   CONFEDERATED TRIBES OF THE                   PROVIDING FOR "ATTORNEY'S
13 COLVILLE RESERVATION,                        EYES ONLY" DESIGNATION OF
                                                DOCUMENTS CONCERNING
14                Plaintiffs,                   TRIBAL CULTURAL RESOURCES

15            And

16 STATE OF WASHINGTON,

17                Plaintiff-Intervenor

18      v.

19 TECK COMINCO METALS, LTD., a
   Canadian corporation,
20
                 Defendant.
21

22                      I.    STIPULATION

23

24      Plaintiffs Joseph A. Pakootas, Donald R. Michel, and the Confederated

25 Tribes of the Colville Reservation ("Tribes"), Plaintiff and Counterclaim

26 Defendant State of Washington ("State"), and Defendant and Counter-Claimant

SECOND AMENDED
PROTECTIVE ORDER - 1

SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

Teck Cominco Metals Ltd. ("Defendant" or "Teck") (collectively, "the Parties"),
respectively submit the following Stipulation and Proposed Second Amended
Protective Order for consideration and entry by the Court.

## II. FACTUAL BACKGROUND

On November 19, 2009, the Court entered a Protective Order providing a
means of designating certain documents as confidential. *See* Court Docket No.
406. On July 6, 2010, the Court entered an Amended Protective Order, which
provides a mechanism for the parties to designate documents containing "trade
secrets, proprietary, and commercially sensitive materials" for "Attorneys Eyes
Only" treatment. *See* Court Docket No. 423.

Since that time, the State's Historical Preservation Officer has identified
documents in the State's possession that are potentially responsive to Teck's
discovery requests, and which concern historical Tribal resources, cultural sites,
and religious practices. Release of the information contained within these
documents may result in a significant invasion of privacy, risk of harm to historic
resources, and may impede the use of a traditional religious sites by the Tribes.
*See* The National Historical Preservation Act, 16 U.S.C. § 470w-3 (providing that
a Federal agency or other public official "shall withhold from disclosure to the
public, information about the location, character, or ownership of a historic
resource if the Secretary and the agency determine that disclosure may (1) cause a

SECOND AMENDED
PROTECTIVE ORDER - 2

**SHORT CRESSMAN
& BURGESS PLLC**

999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

significant invasion of privacy; (2) risk harm to the historic resource; or (3) impede the use of a traditional religious site by practitioners.")

Accordingly, the parties request that the Court issue the following Second Amended Protective Order to provide a mechanism for protecting Tribal Cultural Resources.

### III.    SECOND AMENDED PROTECTIVE ORDER

The Protective Order issued by the Court on November 19, 2009, and the Amended Protective Order issued by the Court on July 6, 2010, shall be amended as follows:

<u>DESIGNATION OF HISTORICAL TRIBAL CULTURAL RECORDS AND MATERIALS FOR "ATTORNEY'S EYES ONLY" TREATMENT</u>

48.    Material containing information about the location, character, or ownership of a historic resource may be designated for "Attorney's Eyes Only" treatment pursuant to Paragraphs 38 through 47 of this Second Amended Order, or, if the information is of  a highly sensitive nature, may be redacted, if the State Historic Preservation Officer, after notice and coordination with the appropriate Tribal Historic Preservation Officer and consultation with and concurrence from the Secretary of the Interior, determines that disclosure may cause a significant



invasion of privacy, risk harm to the historic resource, or impede the use of a

traditional religious site by practitioners.

49.    Except as specifically modified in paragraph 48 of this Second

Amended Order, the November 19, 2009 Protective Order and the July 6, 2010

Amended Protective Order shall remain unchanged.

SO ORDERED as the date of execution.

Dated this 3rd day of November, 2010.

*s/Lonny R. Suko*

_____

Lonny R. Suko
Chief United States District Court Judge

SO STIPULATED as of the date of execution.

DATED this 29th day of October, 2010.

SHORT CRESSMAN & BURGESS, PLLC

By___s/Paul J. Dayton_____
RICHARD A. DU BEY, WSBA #8109
PAUL J. DAYTON, WSBA #12619
LESLIE C. CLARK, WSBA #36164
999 Third Avenue, Suite 3000
Seattle, Washington 98104-4088
Telephone:  (206) 682-3333
Fax:  (206) 340-8856
Counsel for Plaintiffs Pakootas, Michel,
and the Confederated Tribes of the
Colville Reservation

SECOND AMENDED
PROTECTIVE ORDER - 4

1

2      LUKINS & ANNIS, P.S.

3
       By    s/Eugene I. Annis
4            EUGENE I. ANNIS, WSBA# 2112
             Lukins & Annis, P.S.
5            1600 Washington Trust Financial Center
             717 W. Sprague Avenue
6            Spokane, WA  99201-0466
             Telephone:  (509)-455-9555
7            Fax:  (509) 363-2461
             Email:  gannis@lukins.com
8            Attorneys for Defendant
             Teck Cominco Metals, Ltd.
9

10     ROBERT M. MCKENNA
       Attorney General
11

12     By    s/Michael L. Dunning
             KRISTIE E. CAREVICH, WSBA
13           #28018
             MICHAEL L. DUNNING, WSBA
14           #29452
             Assistant Attorneys General
15           ELLIOTT S. FURST, WSBA #12026
             Senior Counsel
16           STATE OF WASHINGTON
             P.O. Box 40117
17           Olympia, WA 98504-0117
             Telephone:  (360) 586-6770
18           Fax:  (360) 586-6760
             Attorneys for Plaintiff-Intervenor
19           State of Washington

20

21

22

23

24

25

26

SECOND AMENDED
PROTECTIVE ORDER - 5


SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

JOSEPH A. PAKOOTAS, et al.,

              Plaintiffs,

      And

STATE OF WASHINGTON,

              Plaintiff-Intervenor

     v.

TECK COMINCO METALS, LTD., a
Canadian corporation,

Defendant.

NO. CV-04-0256-LRS

**WRITTEN ASSURANCE**

    I, _____

declare as follows:

    I have read the Supplemental Protective Order (Order) dated

_____ of record in the above-referenced matter.

    I agree to comply with and be bound by the provisions of the Order;

    I will keep in confidence, and will not divulge to anyone other than those

permitted to have access under the terms of said Order, copy, or use except solely

for the purposes of this Litigation, any information, documents, or tangible things

designated "Attorney's Eyes Only" under the Order;

    I hereby agree to keep any and all knowledge and information related to

Tribal subsurface mineral depositions, mining activities, practices, and the like in

SECOND AMENDED
PROTECTIVE ORDER - 6

**SHORT CRESSMAN
& BURGESS PLLC**
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

the strictest confidence, and will not use this information or knowledge in any form or fashion beyond this litigation.

I hereby agree to keep any and all knowledge and information related to the location, character or ownership of a historic cultural resource designated for "Attorney's Eyes Only" treatment in the strictest confidence and will not use or disclose this information or knowledge in any form or fashion beyond this litigation.

I hereby consent to venue and jurisdiction in the United States District Court, Eastern District of Washington at Yakima with regard to any proceeding to enforce the terms of this Order.  I realize that any violation of the Order may subject me to sanctions by the Court, including punishment for civil contempt.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of _____, 2010.

                                  _____

                 Signature_____

SHORT CRESSMAN
& BURGESS PLLC

999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com