1   BRYCE J. WILCOX
    LUKINS & ANNIS, P.S.
2   1600 Washington Trust Financial Center
    717 W Sprague Avenue
3   Spokane, WA  99201-0466
    (509) 455-9555
4
5   CHRISTOPHER J. MCNEVIN, *Pro Hac Vice*
    THOMAS A. CAMPBELL, *Pro Hac Vice*
6   PILLSBURY WINTHROP SHAW PITTMAN LLP
    725 South Figueroa Street, Suite 2800
7   Los Angeles, CA  90017-5406
    (213) 488-7100
8
9   Attorneys for Defendant, Teck Metals Ltd.

10                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
11                           AT YAKIMA

12  _____
                                        )
13  JOSEPH A. PAKOOTAS, an individual   )    No. CV-04-0256-LRS
    and enrolled member of the Confederated )
14  Tribes of the Colville Reservation; and )
    DONALD L. MICHEL, an individual and )
15  enrolled member of the Confederated )    [PROPOSED] ORDER GRANTING
    Tribes of the Colville Reservation, and )  DEFENDANT TECK METALS LTD.'S
16  the CONFEDERATED TRIBES OF THE      )    MOTION TO EXCLUDE EXPERT
    COLVILLE RESERVATION,               )    REPORT AND TESTIMONY OF
17                                      )    REMY J.C. HENNET
                                        )
18                           Plaintiffs, )    Hearing Date:  October 18, 2011
                                        )    Hearing Time:  9:00 a.m.
19  And                                 )
                                        )
20  STATE OF WASHINGTON,                )    TELEPHONIC ORAL ARGUMENT
                                        )    SET BY COURT
21                     Plaintiff-Intervenor )
                                        )
22          v.                          )
                                        )
23  TECK COMINCO METALS LTD., a         )
    Canadian corporation,               )
24                                      )
                             Defendant. )
25  _____)

26  [PROPOSED] ORDER GRANTING TECK'S
    MOTION TO EXCLUDE EXPERT REPORT AND
    TESTIMONY OF REMY J.C. HENNET
                                                    1

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
717 W SPRAGUE AVE.
1600 WASHINGTON TRUST FINANCIAL CENTER
SPOKANE, WA  99201-0466
(509) 455-9555

703168602v1

This matter having come before the Court, Defendant Teck Metals Ltd. ("Teck") moved the Court for an order excluding the expert report and testimony of Remy J.C. Hennet.  The Court, having reviewed the Motion and files and papers submitted herewith, and being otherwise fully advised in the matter, hereby finds and concludes that:

Good cause exists to grant Teck's Motion to Exclude the Expert Report and Testimony of Remy J.C. Hennet.

Based on the foregoing, IT IS HEREBY ORDERED:

Defendant's Motion to Exclude the Expert Report and Testimony of Remy J.C. Hennet is **GRANTED**.

DATED this _____ day of _____, 2011.

_____
Honorable Lonny R. Suko
United States District Court Judge

[PROPOSED] ORDER GRANTING TECK'S
MOTION TO EXCLUDE EXPERT REPORT AND
TESTIMONY OF REMY J.C. HENNET

2

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

703168602v1

Additional Counsel:

MARK E. ELLIOTT, *Pro Hac Vice*
DAVID L. STANTON, *Pro Hac Vice*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
(213) 488-7100

GERALD F. GEORGE, *Pro Hac Vice*
AMY E. GAYLORD, *Pro Hac Vice*
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
(415) 983-1000

THOMAS A. CAMPBELL, *Pro Hac Vice*
SAMUEL E. STUBBS, *Pro Hac Vice*
RODNEY JACK REYNOLDS, *Pro Hac Vice*
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin, Suite 2000
Houston, TX  77010
(713) 276-7600

[PROPOSED] ORDER GRANTING TECK'S
MOTION TO EXCLUDE EXPERT REPORT AND
TESTIMONY OF REMY J.C. HENNET

3

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

703168602v1

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on the 22nd day of July, 2011, I filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such

4   filing to the following:

5       Laura J. Black                    lblack@lukins.com

6       Thomas A. Campbell                tom.campbell@pillsburylaw.com

7       Kristie Carevich Elliott          kristiec@atg.wa.gov

8       Paul J. Dayton                    pdayton@scblaw.com

9       Richard A. DuBey                  rdubey@scblaw.com

10      Leslie C. Clark                   lclark@scblaw.com

11      Michael L. Dunning                michaeld@atg.wa.gov

12      Mark E. Elliott                   mark.elliott@pillsburylaw.com

13      Amy E. Gaylord                    amy.gaylord@pillsburylaw.com

14      Gerald F. George                  gerald.george@pillsburylaw.com

15      Tatyana A. Gidirimski             tgidirimski@scblaw.com

16      Gregory T. Hixson                 ghixson@scblaw.com

17      Russell S. King                   rking@scblaw.com

18      Ken Lederman                      ledek@foster.com

19      Christopher J. McNevin            chrismcnevin@pillsburylaw.com

20      R. Jack Reynolds                  jack.reynolds@pillsburylaw.com

21      David L. Stanton                  david.stanton@pillsburylaw.com

22      Samuel E. Stubbs                  sam.stubbs@pillsburylaw.com

23      Christa L Thompson                christat@atg.wa.gov

24      Bryce J. Wilcox                   bwilcox@lukins.com

25      Kelly T. Wood                     kelly.wood@atg.wa.gov

26

[PROPOSED] ORDER GRANTING TECK'S
MOTION TO EXCLUDE EXPERT REPORT AND
TESTIMONY OF REMY J.C. HENNET

4

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA 99201-0466
(509) 455-9555

703168602v1

1    Thomas J. Young              tomy@atg.wa.gov

2                                LUKINS & ANNIS, P.S.

3

4                                By s/Bryce J. Wilcox
                                    BRYCE J. WILCOX, WSBA #21728
5                                    Attorneys for Defendant
                                    Teck Metals Ltd.
6                                    Lukins & Annis, P.S.
                                    1600 Washington Trust Financial Center
7                                    717 W. Sprague Avenue
                                    Spokane, WA  99201-0466
8                                    Telephone:  (509)-455-9555
                                    Fax:  (509) 747-2323
9                                    Email:  bwilcox@lukins.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
[PROPOSED] ORDER GRANTING TECK'S
MOTION TO EXCLUDE EXPERT REPORT AND
TESTIMONY OF REMY J.C. HENNET                          5

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE.
SPOKANE, WA  99201-0466
(509) 455-9555

703168602v1