UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and DONALD R. MICHEL, an individual and enrolled member of the Confederated Tribes of the Colville Reservation, and THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>Plaintiffs,<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>TECK COMINCO METALS, LTD., a Canadian corporation,<br><br>Defendant. | No. CV-04-256-LRS<br><br>**ORDER DISMISSING MOTIONS AS MOOT** |

Defendant has withdrawn its Eighteenth Affirmative Defense (Release Permitted By Law). (ECF Nos. 1109, 1110 and 1113). Accordingly, Plaintiffs'

**ORDER DISMISSING MOTIONS AS MOOT-**         **1**

Motion For Summary Judgment Dismissing Defendant's Eighteenth Affirmative Defense (ECF No. 967) is **DISMISSED as moot**.

Defendant has withdrawn its allegations against the State of Washington that it is liable as a result of activities at the Anderson Calhoun Mine & Mill and Deer Trail Monitor. (ECF Nos. 1111 and 1112). Accordingly, Counterclaim Defendant State of Washington's Motion For Partial Summary Judgment (ECF No. 929) is **DISMISSED as moot**.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel.

**DATED** this  3rd  of October, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER DISMISSING MOTIONS AS MOOT-**             2