UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and DONALD R. MICHEL, an individual and enrolled member of the Confederated Tribes of the Colville Reservation, and THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>Plaintiffs,<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>TECK COMINCO METALS, LTD., a Canadian corporation,<br><br>Defendant. | No. CV-04-256-LRS<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION** |

**BEFORE THE COURT** is the Plaintiffs' Motion For Reconsideration (ECF No. 1876).

Defendant concedes reconsideration is appropriate and it clearly is based on Defendant's assertion that personal jurisdiction and arranger status remain as issues in this litigation, wholly independent of the issue of release or threatened

**ORDER GRANTING MOTION FOR RECONSIDERATION-**      **1**

release.

Plaintiffs' Motion For Reconsideration (ECF No. 1876) is **GRANTED**. The Plaintiffs will be allowed to offer percipient witness testimony which is relevant to the issues of personal jurisdiction and arranger status, including evidence regarding Defendant's intent with respect to its disposal of slag and effluent. Objections to this testimony, other than on the basis of relevance, are preserved and will be ruled on at the appropriate time.[1]

No later than **September 7, 2012**, Plaintiffs may serve and file a supplemental trial brief and supplemental proposed findings of fact and conclusions of law limited to the issues of personal jurisdiction and arranger status.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward copies to counsel of record.

**DATED** this   31st   day of August, 2012.

                       s/Lonny R. Suko
                       LONNY R. SUKO
                     United States District Judge

---

[1] To the extent testimony is offered by deposition, the court will consider and rule upon the objections in conjunction with its review of deposition testimony. The court does not anticipate making pre-trial rulings on those objections.

**ORDER GRANTING MOTION FOR RECONSIDERATION-    2**