AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; DONALD R. MICHEL, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and the CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,

v.

STATE OF WASHINGTON, Plaintiff -Intervenor,

TECK COMINCO METALS, LTD., a Canadian corporation, Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-256-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendant Teck Cominco Metals, LTD, pursuant to the Findings of Fact and Conclusions of Law entered on December 14, 2012, ECF No. 1955.

December 14, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas