UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and DONALD R. MICHEL, an individual and enrolled member of the Confederated Tribes of the Colville Reservation, and THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>Plaintiffs,<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>TECK COMINCO METALS, LTD., a Canadian corporation,<br><br>Defendant. | No. CV-04-256-LRS<br><br>**ORDER GRANTING MOTION TO VACATE JUDGMENT** |

**BEFORE THE COURT** is Defendant's Motion To Vacate Judgment (ECF No. 1992). The motion is heard without oral argument.

Good cause appearing and there being no opposition from the Plaintiff

**ORDER GRANTING MOTION TO VACATE JUDGMENT-       1**

Confederated Tribes Of The Colville Reservation and Plaintiff-Intervenor State Of Washington, the motion is **GRANTED** and the Judgment filed December 14, 2012 (ECF No. 1956) is **VACATED**. The Findings Of Fact And Conclusions Of Law (ECF No. 1955) are hereby **AMENDED** to omit the section thereof titled "**IV. RULE 54(b) CERTIFICATION**" at page 44, and to omit the directive at page 45 for the District Executive to enter judgment. The balance of the "Findings Of Fact And Conclusions Of Law" remain intact, notably that "Teck is jointly and severally liable to the Tribes and the State in any subsequent action or actions to recover past or future response costs at the UCR Site." (Paragraph 19 at p. 43).

A telephonic status conference will be held on **May 6, 2013 at 9:30 a.m. Counsel shall call the court's conference line at 877-336-1828 and use Access Code 3470056 and Security Code 0256.** The purpose of the conference will be to determine the next step of the litigation. The parties will serve and file separate proposals, or file a joint proposal, no later than **April 29, 2013**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies of the same to counsel of record **and to the Office of the Clerk for the Ninth Circuit Court of Appeals in regard to Appeal No. 13-35024**.

**DATED** this   11th   day of April, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER GRANTING MOTION TO VACATE JUDGMENT-**     2