# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation, et al.<br>*Plaintiffs*<br>v.<br>TECK COMINCO METALS, LTD., a Canadian corporation<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:04-cv-00256-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered for the Tribes and against Teck Cominco Metals, Ltd. for the sum of $8,253,676.65, plus prejudgment interest from June 1, 2008 to the date Judgment is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  LONNY R. SUKO  Pursuant to F.R.C.P. 54(b) and to Phase I Findings of Fact and Conclusion of Law (ECF No. 1955) and Phase II Findings of Fact and Conclusions of Law (ECF No. 2417).

Date: 08/12/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates