# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 6, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Teck Metals Ltd., fka Teck Cominco Metals, Ltd.
v. The Confederated Tribes of the Colville Reservation, et al.
No. 18-1160
(Your No. 16-35742)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 4, 2019 and placed on the docket March 6, 2019 as No. 18-1160.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst