FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; DONALD R. MICHEL, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and the CONFEDERATED TRIBES OF THE COLVILLE RESERVATION;  Plaintiffs, and STATE OF WASHINGTON,  Plaintiff- Intervenor  v. TECK COMINCO METAL, LTD., a Canadian Corporation,  Defendant. | No. 2:04-CV-00256-SAB  **ORDER CONTINUING STATUS CONFERENCE** |

Before the Court is the parties' Joint Status Report, ECF No. 2476. The parties indicate that they are continuing to conduct negotiations regarding potential settlement of the remaining Phase III claims in this case. Substantive settlement

**ORDER CONTINUING STATUS CONFERENCE** * 1

1  discussions are expected to begin in May and hope to be completed by the end of

2  June. The Court therefore continues the status conference in this matter.

3       Accordingly, **IT IS HEREBY ORDERED:**

4       1. The telephonic status conference set for April 8, 2021 is **STRICKEN** and

5  **RESET** for **July 22, 2021** at **10:00 a.m.** To join the conference, parties shall dial

6  the Court's conference line at **1-888-636-3807**, access code **8839796**.

7       2. Each party shall file a written status report with the Court no later than

8  **July 15, 2021**.

9       **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

10  this Order and to provide copies to counsel.

11       **DATED** this 5th day of April 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER CONTINUING STATUS CONFERENCE * 2**