FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH A. PAKOOTAS, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and DONALD R. MICHEL, an individual and enrolled member of the Confederated Tribes of the Colville Reservation; and THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>    Plaintiffs,<br><br>    *and*<br><br>THE STATE OF WASHINGTON,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>TECK COMINCO METALS, LTD., a Canadian corporation,<br><br>    Defendant. | No. 2:04-CV-00256-SAB<br><br>**ORDER GRANTING JOINT MOTION AS TO CERTAIN AFFIRMATIVE DEFENSES** |

A motions hearing was held in the above-captioned matter on December 14, 2023 in Spokane, Washington. Defendant was represented by Deborah Baum, Amanda Halter, Deanna Willman, and Ashleigh Myers. Plaintiff Pakootas and the Confederated Tribes of the Colville Reservation were represented by Paul Dayton. Intervenor-Plaintiff State of Washington was represented by Joshua Osborne-Klein and Dylan Stonecipher.

Pending before the Court was Plaintiffs' Motion for Partial Summary Judgment on Certain Affirmative Defenses, ECF No. 2771, Defendant's Motion for Partial Summary Judgment on Plaintiffs' Joint Natural Resource Damage Claims, ECF No. 2774, and Defendant's Motion for Partial Summary Judgment on the Colville Tribes' "Tribal Service Loss" Claims, ECF No. 2777.

At the hearing, the Court heard oral argument on Defendant's two motions for partial summary judgment. The Court took both motions under advisement. As to Plaintiff's motion for partial summary judgment, Defendant indicated that the motion did not need to be argued because Defendant no longer wished to utilize affirmative defenses 10 – 16 in answer to CCT's Fourth Amended Complaint and affirmative defenses 15 – 21 in answer to Washington State's Fifth Amended Complaint. *See* ECF Nos. 2117 and 2569. The Court interpreted this as stipulation and granted Plaintiffs' motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Partial Summary Judgment on Certain Affirmative Defenses, ECF No. 2771, is **GRANTED**.

2. Affirmative Defenses 10 – 16, listed in ECF No. 2117, are **DISMISSED**.

    No. 10 – Harm Was Not Caused by Defendant

    No. 11 – Any Harm Suffered Was Caused by Plaintiff/Third-Parties

    No. 12 – Disposal and Release not at Same Facility

**ORDER GRANTING JOINT MOTION AS TO CERTAIN AFFIRMATIVE DEFENSES #2**

           No. 13 – Joint and Several Liability Not Permitted

           No. 14 – Apportionment

           No. 15 – Release Caused by a Third Party

           No. 16 – Release Permitted by Law

    3.    Affirmative Defenses 15 – 21, listed in ECF No. 2569, are **DISMISSED**.

           No. 15 – Harm Was Not Caused by Defendant

           No. 16 – Any Harm Suffered Was Caused by the State/Third Parties

           No. 17 – Disposal and Release Not at Same Facility (CERCLA)

           No. 18 – Joint and Several Liability Not Permitted

           No. 19 – Liability Proportionate to Apportionment

           No. 20 – Release Caused by a Third Party

           No. 21 – Release Permitted by Law

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 27th day of December 2023.

                              Stanley A. Bastian
                           Chief United States District Judge

**ORDER GRANTING JOINT MOTION AS TO CERTAIN AFFIRMATIVE DEFENSES #3**